FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | No. CV 05-6719-AHS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

    IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on counsel for Petitioner and Respondent.

DATED: JUL - 7 2008

_____
ALICEMARIE H. STOTLER
Chief United States District Judge